UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**CASE NO.: 08-CR-14062-CR-GRAHAM/MAYNARD**

UNITED STATES OF AMERICA,

     Plaintiff,

v.

STEVE PATRICK ALBERT,

     Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON
PETITION FOR OFFENDER UNDER SUPERVISION**

**THIS CAUSE** came before the Court upon the Report and Recommendation on Petition for Offender Under Supervision**.**

**THIS MATTER** was heard before Magistrate Judge Shaniek Mills Maynard on June 10, 2026.  A Report and Recommendation was filed on June 16, 2026 **(ECF No.  68),** recommending to the District Court to accept Defendant's admission of guilt for having violated the terms and conditions of his supervised release as set forth in Violation Number 1 and that a sentencing hearing be set for final disposition of this matter.  Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 68]** of United States Magistrate Judge Shaniek Mill Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

1

The Sentencing Hearing in this matter is set for **Wednesday, June 24, 2026 at 10:30 a.m.**, before the Honorable District Judge Donald L. Graham at the Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Courtroom 4074, Fort Pierce, Florida 34950.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 17th day of June, 2026.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:     U.S. Magistrate Judge Shaniek Mills Maynard
        All Counsel of Record
        U.S. Probation Office

2